UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GUADALUPE BETANCOURT, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:12-cv-641-GJQ |
| GREAT LAKES SPECIALTY FINANCE, INC. A Foreign Company | : |
| And | : |
| BITTERSWEET OF KENTUCKY, INC. A Domestic Company | : |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Guadalupe Betancourt, hereby voluntarily dismisses this action without prejudice against Defendant, Great Lakes Specialty Finance, Inc.., with all costs of court taxed against the party incurring same, and each party being responsible for its own attorneys' fees.

Dated: July 19, 2012

                                                  Respectfully submitted,

                                                  /s/ Pete M. Monismith
                                                  Pete M. Monismith, Esq.
                                                  3945 Forbes Ave., #175
                                                  Pittsburgh, PA 15213
                                                  ph. (724) 610-1881
                                                  pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal was served upon all parties of record via the Court's CM/ECF system on July 19, 2012.

/s/ Pete M. Monismith
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com
