UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GUADALUPE BETANCOURT, Individually,     :
                                        :
        Plaintiff,                      :
                                        :
v.                                      :   Case No. 1:12-cv-641-GJQ
                                        :
BITTERSWEET OF KENTUCKY, INC.           :
A Domestic Company                      :
                                        :
        Defendant.                      :
_____/ :

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that settlement of the present matter has been reached and the parties are in the process of finalizing the settlement agreement. The parties anticipate filing a dismissal with prejudice within the next 30 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: November 26, 2012

FOR THE PLAINTIFF                                FOR THE DEFENDANT

By:  /s/ Pete M. Monismith                       By:  /s/ Dan Bylenga

| Pete M. Monismith, Esq. | Dan Bylenga |
| Pete M. Monismith, P.C. | Rhoades McKee |
| 3945 Forbes Ave., #175 | 161 Ottawa NW, Suite 600 |
| Pittsburgh, PA 15213 | Grand Rapids, MI 49503 |
| ph. (724) 610-1881 | 616-233-5161 |
| pete@monismithlaw.com | debyleng@rhoadesmckee.com |

1